UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| WILLIS D. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 19-119-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW SAUL, | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The final administrative decision of the Defendant is **AFFIRMED**.

2.      Judgment is entered in favor of Defendant Andrew M. Saul, Commissioner of the Social Security Administration, with respect to all issues raised in this civil action.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated:  June 17, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -